# United States District Court

**FOR THE**

DISTRICT OF —————— COLUMBIA

FILED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Darnell Stanley
No. 08619-007
F.C.I. Allenwood
P.O. Box 2000
White Deer, Pa  17887

**V.**

Karen F. Hogsten, Warden
Nancy Goldy
R. Enders
F.C.I. Allenwoo - P.O. Box 2500
White Deer, Pa 17887

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: **06 1728**

I, **Darnell Stanley - Pro-se** _____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:      [x] Yes      [ ] No      (If "No" go to Part 2)

    If "Yes" state the place of your incarceration **F.C.I. Allenwood, P.O. Box 2000, White Deer, Pa  17887**

    Are you employed at the institution? **yes**    Do you receive any payment from the institution? **yes**

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?      [x] Yes      [ ] No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

        **5.25 Per month  (Five dollars and twenty Five Cents) Per month**

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment      [ ] Yes      [X] No
    b.  Rent payments, interest or dividends               [ ] Yes      [X] No
    c.  Pensions, annuities or life insurance payments     [ ] Yes      [X] No
    d.  Disability or workers compensation payments        [ ] Yes      [X] No
    e.  Gifts or inheritances                              [ ] Yes      [X] No
    f.  Any other sources                                  [X] Yes      [ ] No

RECEIVED

SEP 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive **I have received money from my daughter who periodically send money when she can, I have received about Four Hundred dollars in the past Twelve months**

2

AO 240 (1/94)

4.  Do you have any cash or checking or savings accounts?  ☐ Yes     ☒ No

If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     ☐ Yes     ☒ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support; state your relationship to each person and indicate how much you contribute to their support.

none

I declare under penalty of perjury that the above information is true and correct.

| 8/28/06 | _M. Darnell Stone_ |
|---|---|
| DATE | SIGNATURE OF APPLICANT |

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____13.78_____ on account to his/her credit at (name of institution) _____FCI Allenwood_____ . I further certify that the applicant has the following securities to his/her credit: _____

_____ . I further certify that during the past six months the applicant's average balance was $ _____76.45_____ .

| 8/28/06 | _signature_ |
|---|---|
| DATE | SIGNATURE OF AUTHORIZED OFFICER |

## Inmate Statement

🖨 PRINT

| Inmate Reg #: | 08619007 | Current Institution: | Allenwood FCI |
|---|---|---|---|
| Inmate Name: | STANLEY, DARNELL | Housing Unit: | UNIT 3B |
| Report Date: | 08/21/2006 | Living Quarters: | C05-112L |
| Report Time: | 3:33:58 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALM | 8/19/2006 8:43:22 PM | ITS0819 | | | Phone Withdrawal | ($10.00) | | $31.78 |
| ALM | 8/14/2006 6:39:09 PM | 83 | | | Sales | ($45.35) | | $41.78 |
| ALM | 8/14/2006 11:35:16 AM | 2 | | | Sales | $6.37 | | $87.13 |
| ALM | 8/14/2006 11:35:06 AM | 1 | | | Sales | $0.00 | | $80.76 |
| ALM | 8/13/2006 10:46:01 AM | ITS0813 | | | Phone Withdrawal | ($10.00) | | $80.76 |
| ALM | 8/11/2006 10:20:35 PM | ITS0811 | | | Phone Withdrawal | ($4.00) | | $90.76 |
| ALM | 8/7/2006 11:45:27 AM | 25 | | | Sales | ($69.10) | | $94.76 |
| ALM | 8/7/2006 8:50:48 AM | FIPP0706 | | | Payroll - IPP | $0.24 | | $163.86 |
| ALM | 7/31/2006 6:11:45 PM | 69 | | | Sales | ($111.40) | | $163.62 |
| ALM | 7/26/2006 5:08:45 PM | ITS0726 | | | Phone Withdrawal | ($25.00) | | $275.02 |
| ALM | 7/25/2006 5:13:51 AM | 70162601 | | | Lockbox - CD | $300.00 | | $300.02 |
| ALM | 7/10/2006 12:20:25 PM | 44 | | | Sales | ($6.15) | | $0.02 |
| ALM | 7/7/2006 8:19:09 AM | FIPP0606 | | | Payroll - IPP | $5.25 | | $6.17 |
| ALM | 6/28/2006 4:43:58 PM | ITS0628 | | | Phone Withdrawal | ($10.00) | | $0.92 |
| ALM | 6/19/2006 5:00:48 PM | ITS0619 | | | Phone Withdrawal | ($10.00) | | $10.92 |
| ALM | 6/17/2006 5:10:58 AM | 70160101 | | | Lockbox - CD | $20.00 | | $20.92 |
| ALM | 6/8/2006 6:56:02 AM | FIPP0506 | | | Payroll - IPP | $0.24 | | $0.92 |
| ALM | 5/20/2006 10:46:22 AM | ITS0520 | | | Phone Withdrawal | ($13.00) | | $0.68 |
| ALM | 5/18/2006 6:11:55 PM | 119 | | | Sales | ($1.70) | | $13.68 |
| ALM | 5/16/2006 5:57:31 PM | ITS0516 | | | Phone Withdrawal | ($10.00) | | $15.38 |
| ALM | 5/16/2006 5:13:56 AM | 70157801 | | | Lockbox - CD | $25.00 | | $25.38 |
| ALM | 5/5/2006 8:51:55 AM | FIPP0406 | | | Payroll - IPP | $0.24 | | $0.38 |
| ALM | 4/29/2006 2:41:40 PM | ITS0429 | | | Phone Withdrawal | ($13.00) | | $0.14 |
| ALM | 4/28/2006 10:23:27 PM | ITS0428 | | | Phone Withdrawal | ($5.00) | | $13.14 |
| ALM | 4/27/2006 6:26:27 PM | 179 | | | Sales | ($42.70) | | $18.14 |
| ALM | 4/24/2006 9:00:49 PM | ITS0424 | | | Phone Withdrawal | ($5.00) | | $60.84 |
| ALM | 4/23/2006 10:45:21 PM | ITS0423 | | | Phone Withdrawal | ($5.00) | | $65.84 |
| ALM | 4/21/2006 4:39:56 PM | ITS0421 | | | Phone Withdrawal | ($8.00) | | $70.84 |
| ALM | 4/20/2006 11:51:44 AM | 38 | | | Sales | ($42.35) | | $78.84 |
| ALM | 4/18/2006 5:35:06 PM | ITS0418 | | | Phone Withdrawal | ($10.00) | | $121.19 |
| ALM | 4/18/2006 5:11:11 AM | 70155801 | | | Lockbox - CD | $100.00 | | $131.19 |
| ALM | 4/14/2006 5:10:51 PM | ITS0414 | | | Phone Withdrawal | ($10.00) | | $31.19 |
| ALM | 4/14/2006 5:10:58 AM | 70155601 | | | Lockbox - CD | $30.00 | | $41.19 |

06 1728

FILED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | |
|---|---|---|---|---|---|
| ALM | 4/13/2006 12:07:03 PM | 36 | Sales | ($8.85) | $11.19 |
| ALM | 4/11/2006 5:12:43 AM | 70155301 | Lockbox - CD | $20.00 | $20.04 |
| ALM | 4/8/2006 9:17:49 AM | ITS0408 | Phone Withdrawal | ($1.00) | $0.04 |
| ALM | 4/6/2006 1:48:17 PM | FIPP0306 | Payroll - IPP | $0.24 | $1.04 |
| ALM | 3/22/2006 9:43:00 PM | ITS0322 | Phone Withdrawal | ($19.00) | $0.80 |
| ALM | 3/22/2006 11:49:45 AM | 42 | Sales | ($7.65) | $19.80 |
| ALM | 3/18/2006 7:33:23 PM | ITS0318 | Phone Withdrawal | ($3.00) | $27.45 |
| ALM | 3/17/2006 9:50:04 PM | ITS0317 | Phone Withdrawal | ($3.00) | $30.45 |
| ALM | 3/15/2006 12:09:41 PM | 49 | Sales | ($24.80) | $33.45 |
| ALM | 3/15/2006 7:07:16 AM | 1 | Sales | $0.50 | $58.25 |
| ALM | 3/8/2006 11:32:48 AM | 35 | Sales | ($32.80) | $57.75 |
| ALM | 3/8/2006 8:48:28 AM | FIPP0206 | Payroll - IPP | $0.24 | $90.55 |
| ALM | 3/7/2006 9:47:39 PM | ITS0307 | Phone Withdrawal | ($10.00) | $90.31 |
| ALM | 3/1/2006 11:44:02 AM | 28 | Sales | ($89.75) | $100.31 |
| ALM | 2/28/2006 4:36:35 PM | ITS0228 | Phone Withdrawal | ($10.00) | $190.06 |
| ALM | 2/28/2006 5:14:57 AM | 70152301 | Lockbox - CD | $100.00 | $200.06 |
| ALM | 2/28/2006 5:14:52 AM | 70152301 | Lockbox - CD | $100.00 | $100.06 |

1 2

**Total Transactions: 94**

Totals: $31.16  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALM | $31.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.78 |
| **Totals:** | **$31.78** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$31.78** |

RECEIVED

SEP 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT